UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN ORDONES SOMODEVILLA,

        Petitioner,

v.                                    Case No.  2:26-cv-1372-JES-NPM

MATTHEW MORDANT, et al.,

        Respondents.
_____/

**OPINION AND ORDER**

Petitioner Juan Ordones Somodevilla, an immigration detainee, initiated this action by filing a pro se 28 U.S.C. § 2241 petition for writ of habeas corpus.  (Doc. 1).  He alleged that his continued detention was unlawful.  (Id.)  The Court ordered the government to respond.  (Doc. 12).  In response, Counsel for the government asserted that the Federal Respondents "do not oppose the Petition for Writ of Habeas Corpus (Doc. 1) insofar as it seeks Petitioner's release from immigration detention.  However, in accordance with 8 C.F.R. § 241.13(h), such release must be pursuant to appropriate terms of supervision to be determined by the United States Immigration and Customs Enforcement ('ICE')."  (Doc. 16 at 2).

Thus, Somodevilla is entitled to release under an order of supervision, the appropriate terms to be determined by United States Immigration and Customs Enforcement.  If Petitioner fails to comply with the conditions of release, he may be subject to

criminal penalties—including further detention.  See 8 U.S.C. § 1253(b).

Accordingly, it is **ORDERED**:

1.    Juan Ordones Somodevilla's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED.**

2.    Respondents shall release Juan Ordones Somodevilla under an appropriate order of supervision within 24 hours of this Order, and they shall facilitate his transportation from the detention facility by allowing him telephone access to notify counsel and his family of when and where he can be collected.

3.    The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on June 3, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2